Receipt #CX4020

ORIGINAL

ECF

# THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| Beall Technologies, Inc., | ) | 06-154 C |
| Plaintiff, | ) | Cause No.: |
| vs. | ) | Division No.: |
| United States of America, | ) | |
| Defendant. | ) | |

FILED
FEB 28 2006
U.S. COURT OF FEDERAL CLAIMS

## COMPLAINT

Plaintiff by and through its attorney complains and alleges to the Court its cause of action as follows:

## FACTS COMMON TO ALL COUNTS

1. Beall Technologies, Inc. ("Plaintiff") is a corporation duly organized and existing under the laws of the State of Delaware. Plaintiff's principal place of business is in New Jersey.

2. United States of America ("Defendant") is a governmental entity existing and doing business as the Federal Reserve Bank of St. Louis.

3. This Court has jurisdiction of the claim herein pursuant to 28 U.S.C. §1491(a)(1) because Plaintiff has a claim against the United States of America upon an express or implied contract for greater than $10,000.00.

4. From 1983 to the present, Plaintiff supplied technical support and maintenance ("Services") and provided Defendant with two unreturned Model 5 channel switch spare parts kits ("Equipment") at Defendant's request and benefit.

5. Plaintiff and Defendant entered into an agreement ("Agreement") regarding Plaintiff's providing of Services and Equipment to Defendant in exchange for Defendant's payment to Plaintiff.
6. Defendant accepted the Services and Equipment and benefited from the Services and Equipment.
7. Plaintiff has not received written notice of cancellation of Services of the Agreement.
8. Defendant has not returned Equipment to Plaintiff.
9. Plaintiff has and continues to incur expenses as a result of fulfilling the Agreement.

**COUNT I – SUIT ON ACCOUNT**

COMES NOW Plaintiff and for Count I of its cause of action against Defendant states to the Court as follows:

1. Plaintiff incorporates the statements and allegations contained in paragraphs 1-9 as though fully contained herein.
2. The fair and reasonable value of the Services produced and delivered to Defendant after giving Defendant credit for all payments is twenty thousand three hundred seven dollars ($20,307.00) through March 1, 2006. The recurring monthly charge is due until such time as the Agreement is properly terminated.

3. The fair and reasonable value of the Equipment Plaintiff provided to Defendant that Defendant neglected to return to Plaintiff is nine thousand six hundred dollars ($9,600.00).

4. Defendant has failed and refused to pay said amount, or any part thereof, in spite of requests by Plaintiff. The entire amount thereof plus statutory interest is now due and owing.

WHEREFORE, Plaintiff prays for judgment against Defendant in an amount in excess of twenty-nine thousand nine hundred seven dollars ($29,907.00) as and for its actual damages, together with pre- and post-judgment interest at the greatest rate allowed by law, for its court costs incurred herein and for such other and further relief as the Court deems just and proper.

## COUNT II – BREACH OF CONTRACT

COMES NOW Plaintiff and for Count II of its cause of action against Defendant states to the Court as follows:

1. Plaintiff incorporates the statements and allegations contained in paragraphs 1-9 as though fully contained herein.

2. The fair and reasonable value of the Services produced and delivered to Defendant under the terms of the Agreement after giving Defendant credit for all payments is twenty thousand three hundred seven dollars ($20,307.00) through March 1, 2006. The recurring monthly charge is due until such time as the Agreement is properly terminated.

3. The fair and reasonable value of the Equipment Plaintiff provided to Defendant under the terms of the agreement that Defendant neglected to return to Plaintiff is nine thousand six hundred dollars ($9,600.00).
4. Plaintiff has performed all of its obligations and conditions for payment under the terms of the Agreement; however, Defendant has refused to make payments.
5. As the result of the failure of Defendant to make payments to Plaintiff as required by the contract, said Defendant is in default under the contract and has therefore breached the contract. As a result of the said breach, Plaintiff has been damaged in the amount in excess of twenty-nine thousand nine hundred seven dollars ($29,907.00).

WHEREFORE, Plaintiff prays for judgment against Defendant in an amount in excess of twenty-nine thousand nine hundred seven dollars ($29,907.00) as and for its actual damages, together with pre- and post judgment interest at the greatest rate allowed by law, for its court costs incurred herein, attorney's fees and for such other and further relief as the Court deems just and proper.

**COUNT III – QUANTUM MERUIT**

COMES NOW Plaintiff and for Count III of its cause of action against Defendant states to the Court as follows:

1. Plaintiff incorporates the statements and allegations contained in paragraphs 1-9 as though fully contained herein.

2. Plaintiff provided the Services and Equipment at the instance and request of Defendant.
3. Defendant accepted the Services and Equipment from Plaintiff.
4. The fair and reasonable value of the Services Plaintiff provided to the Defendant is twenty thousand three hundred seven dollars ($20,307.00) through March 1, 2006. The recurring monthly charge is due until such time as the Agreement is properly terminated.
5. The fair and reasonable value of the Equipment Plaintiff provided to the Defendant is nine thousand six hundred dollars ($9,600.00).
6. Defendant has failed and refused to pay the invoice despite Plaintiff demanding payment from Defendant.

WHEREFORE, Plaintiff prays for judgment against Defendant in an amount in excess of twenty-nine thousand nine hundred seven dollars ($29,907.00) as its actual damages, together with pre- and post-judgment interest at the greatest rate allowed by law, for its court costs incurred herein and for other and further relief as the Court deems just and proper.

SIGNED on February 27, 2006.

Respectfully submitted,

DAVID W. KLAUDT
LOCKE LIDDELL & SAPP LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201
214-740-8792 (telephone)
214-740-8800 (facsimile)

Of Counsel: JOSHUA M. SCHINDLER, #22593
THE SCHINDLER LAW FIRM, P.C.
141 N. Meramec, Suite 201
St. Louis, MO 63105
314-862-1411 (telephone)
314-862-1701 (facsimile)