IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| BEALL TECHNOLOGIES, INC., Plaintiff, | ) |
| v. | ) No. 06-154C (Judge Nancy B. Firestone) |
| THE UNITED STATES, Defendant. | ) |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims ("RCFC"), defendant respectfully requests an enlargement of time of 30 days through and until May 31, 2006 to file its response to plaintiff's complaint. Our response is presently due on May 1, 2006. This is our first request for an enlargement of time for this purpose. Defendant's counsel has discussed this motion with opposing counsel as required by RCFC 6.1. Plaintiff's counsel does not oppose this request for an enlargement.

The parties are engaged in ongoing discussions regarding plaintiff's possible voluntary dismissal or transfer of this case. Counsel for the plaintiff has represented that he intends to file a motion to amend the complaint to name the Federal Reserve Bank of St. Louis as defendant and transfer his claims to the United States District Court for the Eastern District of Missouri.

For the foregoing reasons, defendant respectfully requests that the Court enter an order enlarging the time to respond to plaintiff's complaint through and until May 31, 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/Allison Kidd-Miller
ALLISON KIDD-MILLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St.
Washington, D.C. 20530
Tel: (202) 307-1011
Fax: (202) 307-0972

May 1, 2006

Attorneys for Defendant

CERTIFICATE OF SERVICE

I certify under penalty of perjury that on this 1st day of May, 2006, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Allison Kidd-Miller