IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BEALL TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-154C |
| v. | ) | (Judge Nancy B. Firestone) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION TO STAY PROCEEDINGS

Defendant, the United States, respectfully requests that the Court stay further proceedings in this case pending settlement discussions between plaintiff, Beall Technologies, Inc., and the interested defendant, the Federal Reserve Bank of St. Louis. Counsel for plaintiff has stated that plaintiff does not oppose the Government's request for a stay.

On May 3, 2006, the Court granted defendant's motion for an enlargement of time to respond to the plaintiff's complaint through and until May 31, 2006. At that time, the parties were engaged in ongoing discussions regarding plaintiff's possible voluntary dismissal or transfer of this case. Counsel for the plaintiff had represented, and continues to represent, that he intends to file a motion to transfer his claims to the United States District Court for the Eastern District of Missouri and to amend the complaint to name the Federal Reserve Bank of St. Louis as defendant.

At this time, counsel for the plaintiff and counsel for the Federal Reserve Bank of St. Louis are scheduled to meet on or

before June 2, 2006 to engage in settlement discussions. Defendant believes it would be in the interest of the parties and of judicial economy to stay this case so that the parties can attempt to resolve all or part of plaintiff's claims without transferring this matter to district court or engaging in further litigation in this Court. Although we expect that discussions will be completed sooner, we propose that the parties be allowed to file a status report with the Court within 45 days of the requested stay order, informing the Court of the status of discussions between the plaintiff and the Federal Reserve Bank of St. Louis, and recommending further action.

For these reasons, we respectfully request that this Court grant our motion to stay this case until settlement discussions have concluded.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/Allison Kidd-Miller
ALLISON KIDD-MILLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St.
Washington, D.C. 20530
Tel: (202) 307-1011
Fax: (202) 307-0972

May 31, 2006 Attorneys for Defendant

CERTIFICATE OF SERVICE

I certify under penalty of perjury that on this 31st day of May, 2006, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION TO STAY PROCEEDINGS" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Allison Kidd-Miller