# In the United States Court of Federal Claims

**No. 06-154C**
**(Filed: June 2, 2006)**

* * * * * * * * * * * * * * * * *
**BEALL TECHNOLOGIES, INC.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**
* * * * * * * * * * * * * * * * *

**ORDER**

Defendant's unopposed motion, filed May 31, 2006, for a stay in proceedings pending settlement discussions is **GRANTED**. Accordingly, the above-captioned case is **STAYED**. The parties shall file a joint status report by **Monday, July 17, 2006** indicating the progress made towards resolution

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge

cc: ADR Judge Horn