IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BEALL TECHNOLOGIES, INC., Plaintiff, | ) | No. 06-154C |
| v. | ) | (Judge Nancy B. Firestone) |
| UNITED STATES, Defendant. | ) | |

JOINT STATUS REPORT

In accordance with the Court's order of June 2, 2006, plaintiff, Beall Technologies, Inc., and defendant, United States, respectfully submit the following joint status report:

On June 2, 2006, the Court granted Defendant's unopposed motion to stay proceedings to allow plaintiff to engage in settlement discussions with the Federal Reserve Bank of St. Louis ("bank"). Although those discussions have not yet been successful, plaintiff and the bank continue to negotiate, are discussing concrete settlement terms, and continue to express optimism that this matter can be resolved without the further involvement of the Court. Accordingly, the parties propose that the Court extend the stay of proceedings for an additional 30 days. In the event plaintiff and the bank are unable to resolve this matter during that time, defendant intends to file a motion to dismiss no later than August 28, 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/David W. Klaudt
DAVID WAYNE KLAUDT
Locke Liddell & Sapp LLP
2200 Ross Avenue
Suite 2200
Dallas, TX 75201
Tele: (214) 740-8000
Fax: (214) 740-8800

Attorney for Plaintiff

s/Allison Kidd-Miller
ALLISON KIDD-MILLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-1011
Fax: (202) 307-0972

Attorneys for Defendant

July 17, 2006

CERTIFICATE OF SERVICE

I certify under penalty of perjury that on this 17th day of July, 2006, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Allison Kidd-Miller