# In the United States Court of Federal Claims

**No. 06-154C**
**(Filed: July 19, 2006)**

* * * * * * * * * * * * * * * * *
*
**BEALL TECHNOLOGIES, INC.,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

**ORDER**

The court is in receipt of the Joint Status Report, filed July 17, 2006, in which the parties request the court to extend the stay in proceedings pending settlement discussions. The parties' request is **GRANTED**. Accordingly, the above-captioned case remains **STAYED**. The parties shall file a joint status report by **Monday, August 28, 2006** indicating the progress made towards resolution

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge

cc: ADR Judge Horn