ORIGINAL

FILED
JUL 19 2006
U.S. COURT OF FEDERAL CLAIMS

By leave of the Judge

THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BEALL TECHNOLOGIES, INC. | ) | |
| Plaintiff, | ) | No. 06-00154 |
| vs. | ) | |
| FEDERAL RESERVE BANK OF ST. LOUIS, | ) | |
| Defendant. | ) | |

**MOTION TO WITHDRAW AND NOTICE OF ENTRY OF APPEARANCE**

COMES NOW David Wayne Klaudt and Locke Liddell & Sapp LLP and move to withdraw as attorneys for Plaintiff Beall Technologies, Inc.

Joshua M. Schindler and The Schindler Law Firm, P.C., hereby enter their appearance as attorneys for Plaintiff Beall Technologies, Inc.

LOCKE LIDDELL & SAPP LLP

David W. Klaudt by permission Carl C. Sl...

DAVID WAYNE KLAUDT, #00796073
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201
(214) 740-8000
(214) 740-8800 (facsimile)

THE SCHINDLER LAW FIRM, P.C.

Joshua Schindler by permission Carl C. Sl...

JOSHUA M. SCHINDLER, #22593
141 N. Meramac, Suite 201
St. Louis, MO 63105
(314) 862-1411
(314) 862-1701 (facsimile)

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Allison Kidd-Miller
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

David W. Klaudt by permission Carl C. S...
David Wayne Klaudt

DALLAS: 100588.00001: 1513957v1

**THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| BEALL TECHNOLOGIES, INC. | ) | |
| | ) | |
| Plaintiff, | ) | No. 06-00154 |
| | ) | |
| vs. | ) | |
| | ) | |
| FEDERAL RESERVE BANK OF ST. LOUIS, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER GRANTING MOTION FOR WITHDRAWAL OF COUNSEL**
**AND NOTICE OF SUBSTITUTION OF COUNSEL**

The Court has considered the Plaintiff's Motion for Withdrawal of Counsel and grants the relief requested therein. David W. Klaudt and the law firm of Locke Liddell & Sapp LLP is granted leave to withdraw from this action and shall no longer be counsel of record for Plaintiff. Joshua M. Schindler and The Schindler Law Firm, P.C. shall be acknowledged as substituting as counsel of record for Plaintiff.

Signed this the ____ day of ______________, 2006.

______________________________
PRESIDING JUDGE