IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BEALL TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-154C |
| v. | ) | (Judge Nancy B. Firestone) |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

<u>SECOND JOINT STATUS REPORT</u>

In accordance with the Court's order of July 19, 2006, plaintiff, Beall Technologies, Inc., and defendant, United States, respectfully submit the following joint status report:

On June 2, 2006, the Court granted Defendant's unopposed motion to stay proceedings to allow plaintiff to engage in settlement discussions with the Federal Reserve Bank of St. Louis ("Bank"). On July 17, 2006, the parties filed a joint status report informing the Court of the progress of those settlement discussions. On August 25, 2006, the plaintiff and the Bank agreed upon settlement terms. Accordingly, the parties propose that the Court extend the stay of proceedings for an additional 20 days, through and until September 18, 2006, to allow the plaintiff and the Bank to finalize their agreement. In the event that this matter remains unresolved at the expiration of those 20 days, defendant intends to file a motion to dismiss.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Mark A. Melnick
by Todd M. Hughes
MARK A. MELNICK
Assistant Director

s/Joshua M. Schindler
JOSHUA M. SCHINDLER
The Schindler Law Firm, P.C.
141 North Meramec Avenue
Suite 201
St. Louis, MO 63105
Tele: (314) 862-1411
Fax: (314) 862-1701

s/Allison Kidd-Miller
ALLISON KIDD-MILLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-1011
Fax: (202) 307-0972

Attorney for Plaintiff

Attorneys for Defendant

August 28, 2006

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that on this 28th day of August, 2006, a copy of the foregoing “SECOND JOINT STATUS REPORT” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court’s electronic filing system. Parties may access this filing through the Court’s system.

s/Allison Kidd-Miller