# In the United States Court of Federal Claims

**No. 06-154C**
**(Filed: August 29, 2006)**

* * * * * * * * * * * * * * * * * *
*
**BEALL TECHNOLOGIES, INC.,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * *

**ORDER**

The court is in receipt of the Joint Status Report, filed August 28, 2006, in which the parties request the court to extend the stay in proceedings to enable the parties to finalize the agreed upon settlement terms. The parties' request is **GRANTED**. Accordingly, the above-captioned case remains **STAYED**. The parties shall file a joint status report by **Monday, September 18, 2006** indicating the progress made towards resolution.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge