IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BEALL TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-154C |
| v. | ) | (Judge Nancy B. Firestone) |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF RECEIPT AND CONSENT

As indicated in the Second Joint Status Report filed by the parties on August 28, 2006, plaintiff, Beall Technologies, Inc. ("Beall"), and the Federal Reserve Bank of St. Louis ("Bank") agreed upon settlement terms on August 25, 2006. On September 6, 2006, counsel for Beall and the Bank notified the United States that they had finalized the terms of their agreement. On September 7, 2006, counsel for the United States received an electronic copy of Beall's "Motion To Dismiss With Prejudice." Counsel for Beall has represented that he has not yet filed Beall's motion because he does not have filing privileges in the Court's CM/ECF system. Accordingly, we attach a copy of the motion to this notice as a courtesy. The United States does not oppose Beall's motion.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Mark A. Melnick/BGS
MARK A. MELNICK
Assistant Director

s/Allison Kidd-Miller
ALLISON KIDD-MILLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-1011
Fax: (202) 307-0972

September 15, 2006 Attorneys for Defendant

CERTIFICATE OF SERVICE

I certify under penalty of perjury that on this 15th day of September, 2006, a copy of the foregoing “NOTICE OF RECEIPT AND CONSENT” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court’s electronic filing system. Parties may access this filing through the Court’s system.

s/Allison Kidd-Miller