**The United States Court of Federal Claims**

| | | |
|---|---|---|
| Beall Technologies, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | No. 06-00154 |
| | ) | |
| vs. | ) | |
| | ) | |
| Federal Reserve Bank of St. Louis, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**MOTION TO DISMISS WITH PREJUDICE**

COMES NOW Plaintiff, by and through the undersigned counsel, and hereby moves to dismiss the above-captioned matter with prejudice, each party to bear their own costs.

**Respectfully submitted,**

THE SCHINDLER LAW FIRM, P.C.

/s/ Joshua M. Schindler

JOSHUA M. SCHINDLER, #22593
141 N. Meramec, Suite 201
St. Louis, MO 63105
(314)862-1411
(314)862-1701 Facsimile