# In the United States Court of Federal Claims

**No. 06-154C**
**(Filed: September 28, 2006)**

* * * * * * * * * * * * * * * * *
**BEALL TECHNOLOGIES, INC.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**
* * * * * * * * * * * * * * * * *

## ORDER

Plaintiff's motion to dismiss the above-captioned matter with prejudice, filed on behalf of the plaintiff by the defendant on September 15, 2006, is **GRANTED**. The above-captioned case is **DISMISSED** with prejudice. Each party to bear its own costs. The Clerk of the Court is directed to enter judgment accordingly.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge

cc: ADR Judge Horn